FILED
U.S. DISTRICT COURT
W.D.N.Y. BUFFALO

2006 APR -5  AM 10: 49

-PS-O-

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

LLEWELLYN GEORGE, 02A0092,

        Plaintiff,

    -v-                                            05-CV-0575Sr
                                                  **ORDER**

JAMES T. CONWAY, B. EARSLEY,
A. WELSH, J. ZIOLKOWSKI, S. WARNER,
B. JAWORSKI, RANDY JAMES, M. JONES,
BARBARA FRISBY, S. LASKOWSKI,
T. EDWARDS, MCGEE, NICOSIA,
and THOMAS G. RAMSAY,

        Defendants.

---

    Plaintiff Llewellyn George has amended his complaint pursuant to 42 U.S.C. § 1983 as permitted by the Court's Order dated November 30, 2005. The amended complaint has been reviewed pursuant to 28 U.S.C. § 1915(e)(2)(B). In the Order plaintiff was allowed to amend Claim One to more specifically allege the personal involvement of each defendant. Claim two had been deemed sufficient and allowed to go forward. Plaintiff has now amended Claim One and it may go forward as well. However, because plaintiff apparently misunderstood the necessity to reallege Claim Two in his amended complaint, the Amended Complaint is hereby deemed to consist of the Amended Complaint and Claim Two from the original Complaint and the exhibits attached thereto.

    The Clerk of the Court is directed to file plaintiff's papers as described above, and to cause the United States Marshal to serve

copies of the Summons, Amended Complaint as deemed by the Court, and this Order upon the named defendants without plaintiff's payment therefor, unpaid fees to be recoverable if this action terminates by monetary award in plaintiff's favor.

Pursuant to 42 U.S.C. § 1997e(g)(2), the defendants are directed to answer the complaint.

**SO ORDERED.**

S/ Michael A. Telesca

---
MICHAEL A. TELESCA
United States District Judge

Dated:   April 4, 2006
         Rochester, New York